IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DAVID THOMAS WORTHAM                                                                 PLAINTIFF

v.                                         Case No. 4:25-cv-4051

SHERIFF BOBBY WALRAVEN
(Little River County, Arkansas);
DEPUTY MARCUS COOK;
RENEA POOLE;
INVESTIGATOR JAMES GREEN;
JOHN DOE #2                                                                          DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed on August 22, 2025, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 8. Judge Bryant recommends the following: (1) that Plaintiff's claims concerning Defendant Renea Poole be dismissed without prejudice; (2) that Plaintiff's claims concerning defamation be dismissed without prejudice; and (3) that Plaintiff's claims concerning his arrest, search and seizure, wrongful imprisonment, and denial of medical care be stayed. Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1).

Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, the Court orders the following: (1) Plaintiff's claims concerning Defendant Renea Poole are **DISMISSED WITHOUT PREJUDICE**, and she is terminated as a party in this case; (2) Plaintiff's claims concerning defamation are **DISMISSED WITHOUT PREJUDICE**; and (3) Plaintiff's claims concerning his arrest, search and seizure, wrongful imprisonment, and denial of medical care are **STAYED** pursuant to the *Younger* abstention doctrine pending resolution of

Plaintiff's open state criminal case (*State v. David Thomas Wortham*, 41CR-25-48).  Further, the Clerk is directed to **STAY** and **ADMINISTRATIVELY TERMINATE** this case, and Plaintiff is **DIRECTED** to immediately inform the Court when his state criminal case is closed and any appeals are completed.

    **IT IS SO ORDERED**, this 26th day of September, 2025.

                                                 /s/ Susan O. Hickey
                                                 Susan O. Hickey
                                                 United States District Judge